UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KENNETH E. SHAW and DAWN M. SHAW,

    Plaintiffs,

v.                                        Case No:   6:15-cv-686-Orl-TBS

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.

## ORDER

Defendant Liberty Mutual Fire Insurance Company's Motion to Dismiss or, in the Alternative, for a More Definite Statement was filed on May 6, 2015 (Doc. 16).   On May 20, Plaintiffs filed their First Amended Complaint (Doc. 30).   It appears from a review of the docket that this is the first time Plaintiffs have amended their complaint.   Accordingly, Defendant's motion to dismiss is **DENIED as moot**.   *See* Fed. R. Civ. P. 15(a)(1)(B).

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record